UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:21-cr-00066-FLA-1 | Date: | December 15, 2023 |

| | |
|---|---|
| Present: The Honorable | FERNANDO L. AENLLE-ROCHA, United States District Judge |
| Interpreter: | N/A |

| Twyla Freeman | Suzanne McKennon | David P. Kowal |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1-Damion Baker | √ | √ | | Stephen G. Frye, CJA | √ | √ | |

**Proceedings:**   SENTENCING (Non-Evidentiary)

The matter is called for hearing. Also present is United States Probation and Pretrial Services Officer Jennifer Stanley.

Defendant and his counsel waive reading of the Second Amended General Order 20-04.

Refer to separate Judgment Order.

Defendant is informed of right to appeal.

CC: BOP, USM, USPO

| | 1 | : | 04 |
|---|---|---|---|

| Initials of Deputy Clerk | tf |
|---|---|